JAMES P. KEMP, ESQ.
Nevada Bar No. 6375
KEMP & KEMP
7435 W. Azure Drive, Suite 110
Las Vegas, Nevada 89130
Ph. (702) 258-1183 / Fax (702) 258-6983
jp@kemp-attorneys.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

JESSICA PULIDO,

    Plaintiff,

vs.

REGAL CINEMAS, INC, a Tennessee Corporation; Does I-X and Roe Business Entities I-X

    Defendants.

Case No.: 2:12-cv-01942-RCJ-VCF

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff JESSICA PULIDO and Defendant REGAL CINEMAS, INC, by and through their respective attorneys of record, that this matter be dismissed with prejudice, with each party to bear its own attorney fees and costs.

DATED April 10, 2013

_____
JAMES P. KEMP, ESQUIRE
Nevada Bar No. 006375
7435 W. Azure Drive, Suite 110
Las Vegas, NV 89130
(702) 258-1183
Attorney for Plaintiff

DATED April 10, 2013

_____
SUZANNE L. MARTIN, ESQUIRE
Nevada Bar No. 008833
3800 Howard Hughes Pkwy., #1500
Las Vegas, NV 89169
(702) 369-6800
Attorney for Defendant

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that this matter is hereby DISMISSED WITH PREJUDICE this 10th day of April, 2013.

_____
UNITED STATES DISTRICT JUDGE

RESPECTFULLY SUBMITTED BY:

/s/ James P. Kemp
JAMES P. KEMP, ESQUIRE
Nevada Bar No. 006375
KEMP & KEMP
7435 W. Azure Drive, Suite 110
Las Vegas, NV 89130
(702) 258-1183
Attorney for Plaintiff

2